```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                   08-CV-5778(JMR/SRN)
```

| | |
|---|---|
| Jimmy J. Micius and ) | |
| Elsie M. Maynard et al. ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| City of Saint Paul; John M. ) | |
| Harrington, Chief of Police; ) | |
| Saint Paul Police Department; ) | |
| John Does and Jane Does ) | |

Plaintiffs object to the Report and Recommendation, issued November 10, 2008, by the Honorable Susan Richard Nelson, United States Magistrate Judge. Plaintiffs' objections to the Report were timely filed pursuant to Local Rule 72.2(b).

Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation [Docket No. 4]. Accordingly, IT IS ORDERED that:

1. Plaintiffs' applications to proceed in forma pauperis [Docket Nos. 2 and 3] are denied.

2. The above-entitled matter is summarily dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  December 17, 2008

                              S/JAMES M. ROSENBAUM
                              JAMES M. ROSENBAUM
                              United States District Judge